IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

JONATHAN ALVAREZ-VEGA ON BEHALF OF HIS MINOR CHILD, E.A.L.,

Plaintiff,

v.

Cushman & Wakefield / Property Concepts Commercial (C&W/PCC), et al.,

Defendants.

CASE NO. 17-1601 (GAG)

**JUDGMENT**

Pursuant to the stipulation of dismissal at Docket No. 48, judgment is hereby entered **DISMISSING with prejudice** the instant action.

**SO ORDERED.**

In San Juan, Puerto Rico this 10th day of October, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge